PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON, HI 5890
Acting Regional Chief Counsel, Region IX
Social Security Administration
ANDREA BANKS, CSBN 275286
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (510) 970-4803
   Facsimile: (415) 744-0134
   E-Mail: Andrea.Banks@ssa.gov

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TREJO,<br><br>        Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 1:22-cv-00192-EPG<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION TO FILE DEFENDANT'S OPPOSITION AND RESPONSIVE BRIEF TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 13). |

     IT IS HEREBY STIPULATED, by and between David Trejo (Plaintiff) and Kilolo Kijakai, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of 14 days to deliver her Responsive Brief and Opposition to Plaintiff's Motion for Summary Judgment. The current due date is Monday, August 15, 2022. The new due date will be Monday, August 29, 2022. The parties further stipulate that all other dates will be extended accordingly.

     This is the first extension of time requested by Defendant in the above-captioned matter. Defendant's counsel respectful requests this extension because she has an ongoing wrist injury that is causing difficulty and slowness with typing. Over the next three weeks, Defendant's counsel has seven other district court briefs and a Ninth Circuit brief due, as well as other tasks

such as EAJA negotiation and motions, that are a regular aspect of her role. Defendant's counsel requires additional time to fully review the evidence in this case and draft the brief. This request is made in good faith with no intention to unduly delay the proceedings.

                                                                           PHILLIP A. TALBERT
                                                                           United States Attorney

DATED: August 9, 2022        By:   /s/ *Andrea Banks*
                                                                         Special Assistant United States Attorney
                                                                        Attorneys for Defendant

                                                                        /s/  *Francesco P. Benavides*
                                                                        Attorney for Plaintiff
                                                                        (signature approved via email on August 9, 2022)

**ORDER**

Based on the above stipulation (ECF No. 13), IT IS ORDERED that Defendant shall file Defendant's responsive brief and opposition to Plaintiff's motion for summary judgment no later than August 29, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **August 10, 2022**                    /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE